UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 18 AM 9:00

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: '08 MJ 1192 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| TRIAS-Parra, Jaime. | ) | |
| Defendant, | ) | |
| | ) | |

The undersigned complaint being duly sworn states:

On or about April 17, 2008, within the Southern District of California, Jaime TRIAS-Parra, did knowingly and intentionally import approximately 151.20 kilograms of marijuana, a schedule I narcotic, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_Pamela Herrington_
SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF April 2008.

_Barbara L. Major_
MAGISTRATE JUDGE

**Defendant:** Jaime TRIAS-Parra

**Statement of Facts**

At approximately 9:00 a.m. on April 17, 2008, at the Otay Mesa POE, Customs and Border Protection (CBP) Officer J. Benjamin was performing his duties as part of the Canine Enforcement Team in the pre-primary area when he approached a tour bus in lane #1. In response to Officer Benjamin's questions, the driver of the bus, Jaime TRIAS-Parra, identified himself with a border crossing card, gave two negative customs declarations, stated that he had worked for the bus company that owned the bus for three years and the bus had been part of the company for three years. Officer Benjamin noticed TRIAS' hands were trembling and his carotid artery was pumping rapidly. Additionally, Officer Benjamin noted that the license plate series for the license plate on the bus did not match the length of years the bus had allegedly been in service. Officer Benjamin walked to the passenger side of the bus and opened the hatch to gain access to the gas tank area. Officer Benjamin smelled the odor of bondo and soap in the gas tank area. Officer Benjamin requested CBP Officer S. Hernandez to screen the bus with her Narcotics/Human detector dog.

Officer S. Hernandez utilized her Narcotics/Human detector dog "Uno" to examine the bus. According to Officer Hernandez, "Uno" alerted to the odor of narcotics by sitting under the under carriage.

A search of the bus revealed thirty-nine (39) packages were concealed under the central aisle and in the gas tank of the bus with a net weight of approximately 151.20 kg. (334.15 lbs.). CBP Officer G. Fortado probed one of the packages and it field-tested positive for marijuana.

On April 17, 2008, starting at approximately 1:39p.m., Immigration and Customs Enforcement Special Agent (S/A) Pamela Herrington and San Diego Police Officer Ildefonso Limon conducted a video-recorded interview, in Spanish, of the defendant. TRIAS was Mirandized in the presence of said officers, waived his rights, and executed a written waiver that indicated that he agreed to answer questions without a lawyer present. As one of his statements, TRIAS stated he was transporting passengers to the Pechanga Casino.

S/A Herrington contacted security officers at the Pechanga Casino and received the following information from Detective Dunhoff. The Pechanga Casino keeps a record of independent bus companies that bring passengers to the casino. No bus from the El Cuatro Tours was expected to arrive on April 17, 2008.

Agents placed TRIAS-Parra under arrest for the importation of marijuana.